EDWARD VAN RANST, RESPONDENT, *v.* THE NEW YORK COLLEGE OF VETERINARY SURGEONS, APPELLANT.

*Injunction — laches.*

The charter of the defendant (chap. 269 of 1857, as amended by chap. 346 of 1862), authorized the board of trustees to declare vacant the place of any trustee who should refuse or neglect to attend six regular meetings. At a meeting of the board held August 5th, 1863, a resolution was passed declaring the place of the plaintiff vacant, for not attending six regular meetings. He had then been absent from three successive meetings, and from that time until May 13th, 1874, he never attended a meeting or claimed to act as a trustee. This suit was commenced to restrain the defendant from preventing him from acting as such trustee, and from filling his place in the board. *Held,* that he had slept too long on his rights, if he had any, to justify the granting of a temporary injunction.

APPEAL from an order made at the Special Term, continuing a temporary injunction.

*John J. Macklin,* for the appellant.

*Wm. H. Arnoux,* for the respondent.

Opinion by DAVIS, P. J.

DANIELS, J., concurred.

Brady, J., concurred in the result, holding that the plaintiff's remedy was by *quo warranto.*

Order reversed and motion denied, with ten dollars costs of this appeal besides disbursements, and ten dollars costs of opposing the motion below.